UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PAMELA DUARTE,
424 Taylor Street
Washington, DC 20011

                                Plaintiff,

               v.

MICHAEL EDWARD NOLAN,
28200 Cumberland Road
Tehachapi, CA 93561

                               Defendant.

Case No. 1:15-cv-01396

## COMPLAINT

**COMES NOW**, the Plaintiff, Pamela Duarte, by and through her attorney, Phyllis J. Outlaw and the law firm of Phyllis J. Outlaw & Associates, and for her complaint against Defendant, Michael Edward Nolan, alleges, on knowledge as to her own actions, and otherwise upon information and belief, as follows:

### JURISDICTION

1. This Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1332(a)(1), in that this is a civil action between a citizen of the District of Columbia and a citizen of the State of California, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### VENUE

2. Venue is proper in this district under 28 U.S.C. § 1391(b)(2), in that a substantial part of property that is the subject of the action is situated in the District.

## PARTIES

3. Plaintiff Pamela Duarte is an individual who resides in Washington, DC. Plaintiff is a citizen of the District of Columbia.

4. Upon information and belief, Defendant Michael Edward Nolan is an individual who resides in Tehachapi, California. Upon information and belief, Defendant is a citizen of the State of California.

## STATEMENT OF FACTS

5. On or about May 4, 2013, Plaintiff rented a black 2012 Chevrolet Cruze from Budget Rent A Car located at 1 Aviation Circle, Washington, DC 20001. Plaintiff was stopped on the shoulder of Route 64 in Richmond, VA when Plaintiff was rear ended by a truck driven by Defendant.

6. At said time and place, the collision caused the vehicle driven by Plaintiff to spin around and collide with rail, thereby, totaling Plaintiff's vehicle. As a result of this accident, there was substantial damage to the vehicle driven by Plaintiff and rented by Budget Rent A Car.

## COUNT I: NEGLIGENCE

7. Plaintiff incorporates by reference paragraphs 1 through 6 as fully recited herein.

8. Defendant was negligent by failing to pay full time and attention to the road and for driving his vehicle in a reckless manner.

9. As a direct and proximate result of the negligence of the Defendant, Plaintiff was caused to suffer serious injuries; great physical pain and mental anguish; loss and expense for medical treatment, hospitalization, loss of earnings, earning capacity, loss of the enjoyment of her usual pursuit and pastimes; and for the property damage to the vehicle rented by Budget Rent A Car.

**WHEREFORE**, Plaintiff hereby seeks entry of judgment in the amount of One Million Dollars ($1,000,000) against Defendant and for other relief that this Court deems just and appropriate.

Respectfully submitted,

Phyllis J. Outlaw & Associates

/s/Phyllis J. Outlaw
Phyllis J. Outlaw
D.C. Bar Number: 317537
Phyllis J. Outlaw & Associates
412 H Street, N.E.
Washington, DC 20002
Counsel for Plaintiff
(202) 548-2999
lawfirm@pjoutlawlegal.com